UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ENRIQUE MEDINA SOTO (A-Number: 220-281-664),<br><br>        Petitioner,<br><br>  v.<br><br>TODD M. LYONS, et al.,<br><br>        Respondents. | No. 1:26-cv-03458-KES-EGC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING BOND HEARING WITHIN TEN (10) DAYS<br><br>Docs. 1, 2, 14, 17 |

Petitioner Marlon Enrique Medina Soto is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering that petitioner be provided a bond hearing. Doc. 17.  Further, the findings and recommendations recommended denying as moot the motion for temporary restraining order (Doc. 2), ordering that the order prohibiting respondents from transferring petitioner out of this district remain in effect until the bond hearing is held (Doc. 5), and denying as moot the motion to expedite (Doc. 14).  *Id.*  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On July 27, 2026, respondents filed a one sentence objection, stating, "For the reasons set forth in the Respondents' Opposition (Dkt. 9), the government objects to the Magistrate Judge's Findings and Recommendation."  Doc. 18.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 17, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents are ORDERED to provide petitioner Marlon Enrique Medina Soto (A-Number: 220-281-664) with a bond hearing before an immigration judge to be held within ten (10) days that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), at which:

    a. "the government must prove by clear and convincing evidence that [petitioner] is a flight risk or a danger to the community to justify denial of bond," *Singh*, 638 F.3d at 1203, and

    b. the IJ should consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond.

4. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand.

5. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing.

6. If respondents do not provide petitioner with a bond hearing within ten days, then respondents must release him.

7. The motion for temporary restraining order, Doc. 2, is DENIED AS MOOT.

8. The order prohibiting respondents from transferring petitioner out of this District, Doc. 5, shall remain in effect until the bond hearing has been held.

2

9. The motion to expedite, Doc. 14, is DENIED AS MOOT.

10. The Clerk of Court is directed to close this case and enter judgment for petitioner.

11. The Clerk is directed to terminate any remaining motions as moot.

12. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:    August 4, 2026

_____
UNITED STATES DISTRICT JUDGE

3